[No. 32324-2-III.   Division Three.   July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DREW ANTHONY ZISSEL, *Appellant*.

*Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 32540-7-III.   Division Three.   July 21, 2015.]

KEESHA KNUTSON, *Appellant*, v. WENATCHEE SCHOOL DISTRICT NO. 246, *Respondent*.

*Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.

[No. 32635-7-III.   Division Three.   July 21, 2015.]

LACY STOREY-HOWE, *Appellant*, v. OKANOGAN COUNTY ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32996-8-III.   Division Three.   July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR DALE COOPER, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.